IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
2011 SEP -1  PM 2: 39
CLERK _____
SO. DIST. OF GA.

ROBERT CURTIS FINCH,

    Petitioner,

v.

BRIAN APPLE, Warden, and
ATTORNEY GENERAL OF
STATE OF GEORGIA,

    Respondents.

CIVIL ACTION NO.: CV611-041

## ORDER

Petitioner has filed a Motion for Default Judgment in which he states that he is entitled to a default judgment because Respondent did not adequately respond to his petition for habeas relief. Therefore, he asserts, he should be released. Contrary to Petitioner's assertions, he is not entitled to an entry of default, as "default judgment is not contemplated in habeas corpus cases[.]" Aziz v. Leferve, 830 F.2d 184, 187 (11th Cir. 1987). Petitioner's Motion for Default and request for immediate release is **DENIED**.

SO ORDERED, this 1st day of September, 2011.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE