IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ROBERT CURTIS FINCH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION 611-041 |
| ) | |
| BRIAN APPLE, Warden, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF GEORGIA, ) | |
| ) | |
| Respondents. | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which objections have been filed. **ACCORDINGLY,** the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this _____ day of October, 2011.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia